469 A.2d 307

Commonwealth v. Johnson, Sr., Appellant.

Submitted September 9, 1983.  John J. Brier, Assistant Public Defender, for appellant;  James J. Walker, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Remanded for the lower court to place on the record its reasons for the sentence imposed.  Jurisdiction is not retained.

CAVANAUGH, J., filed a memorandum concurring and dissenting statement.

469 A.2d 307

Commonwealth v. Langtry, Appellant.

Argued November 17, 1983.  J. Robert Zane, for appellant;  Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

The judgment of sentence is affirmed.